**STATE of Missouri, Respondent,**

v.

**Christopher R. HILER, Appellant.**

**No. WD 59462.**

Missouri Court of Appeals,
Western District.

Nov. 27, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 29, 2002.

Application for Transfer Denied
March 19, 2002.

Robert J. Hiler, Kansas City, for Appellant.

Andrea M. Welch, Asst. Pros. Atty., Jackson City, for Respondent.

Before SPINDEN, C.J., BRECKENRIDGE and HARDWICK, JJ.

***ORDER***

PER CURIAM.

Christopher R. Hiler was convicted of driving while intoxicated. On appeal, Hiler challenges the sufficiency of the evidence to prove venue and that he was "operating" a vehicle, and he alleges error in the jury instructions. We affirm. Rule 30.25(b).